UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph Tyree                                        Case No. 09-43203
Kim Robertson-Tyree                       Chapter 7
      Debtors.                                 Honorable Phillip J. Shefferly

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 3,700.10 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Infibank-Credit Union One<br>Cardmember Services<br>Stop Co, DE 3105 | 6 | $3,700.10 |

Dated: May 2, 2011                          /s/ Charles J. Taunt_____.
                                                                  Charles J. Taunt, Trustee (P24589)
                                                                  700 East Maple, 2nd Floor
                                                                  Birmingham, MI 48009-6359
                                                                  (248) 644-7800
                                                                  Teetaunt@tauntlaw.com
                                                                  P24589